UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. SACV 13-960 JC<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: March 11, 2014

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　Honorable Jacqueline Chooljian
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE